# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CIVIL ACTION <br> NO. 10-cv-01048-LTB |
| v. | ) <br> ) | |
| JOHN TILFORD GALLOWAY, JR. <br> and RENAUD EXCAVATING, INC., | ) <br> ) <br> ) | |
| Defendants. | ) | |

## **JUDGMENT BY DEFAULT**

Plaintiff Hilda L. Solis, Secretary of Labor, has filed a motion for default judgment against Defendants John Tilford Galloway, Jr. and Renaud Excavating, Inc. Dkt #5. The Court will grant the motion.

The Secretary commenced this action by filing a complaint against Defendants on May 6, 2010. (Dkt. #1). The Secretary brought the action to redress violations and enforce the provisions of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq. Id.* The Secretary seeks all appropriate relief under ERISA, including injunctive relief against Defendant John Tilford Galloway, Jr. for breaches of fiduciary duties to the Renaud Excavating Health Plan and its participants. *Id.*

Defendants were served with process on July 29, 2010. (Dkt. #2). Defendants did not answer or otherwise respond to the complaint as required by the Federal Rules of Civil Procedure. (See Dkt. #3). The Clerk entered Defendants' default pursuant to Rule 55(a). (Dkt. #4).

Having reviewed the Secretary's motion for default judgment, the Court will grant the motion pursuant to Rule 55(b)(2).

**IT IS ORDERED:**

1. Plaintiff's motion for default judgment (Dkt. #__4__) is **granted.**

2. Pursuant to Rule 55(b)(2), **default judgment** is entered in favor of Plaintiff and against Defendants John Tilford Galloway, Jr. and Renaud Excavating, Inc. as set forth in this order.

3. Defendants John Tilford Galloway, Jr. and Renaud Excavating, Inc. are hereby **ordered** to immediately pay $12,357.48 to participants of the Renaud Excavating, Inc. Health Plan ("the Plan"), plus foregone interest earnings up to October 15, 2010 in the amount of $926.45, as follows:

| Participant | Withholdings | Lost Earnings | Total |
|---|---|---|---|
| Estill W. Ator | $ 234.38 | $ 18.65 | $ 253.03 |
| William A. Brunton | $ 428.62 | $ 32.14 | $ 460.76 |
| James R. Burtis | $ 375.04 | $ 28.48 | $ 403.52 |
| Arthur D. Clark | $ 937.52 | $ 70.54 | $1,008.06 |
| Timothy J. Conklin | $ 1,171.90 | $ 86.62 | $1,258.52 |
| James D. Denbow | $ 883.66 | $ 66.03 | $ 949.69 |
| Steven L. Denbow | $ 500.19 | $ 39.12 | $ 539.31 |
| Mark D. Draney | $ 53.58 | $ 4.30 | $ 57.88 |
| Albert B. Emanuel | $ 357.04 | $ 28.48 | $ 403.52 |
| John H. Gaspar, Jr. | $ 1,171.90 | $ 86.62 | $1,258.52 |
| Donald E. Gertson | $ 820.33 | $ 62.29 | $ 882.62 |
| Richard K. Giles | $ 937.52 | $ 70.30 | $1,007.82 |
| Kevin S. Gustason | $ 1,667.22 | $ 123.23 | $1,790.45 |
| John M. Hatfield | $ 53.58 | $ 4.30 | $ 57.88 |
| Gerald Heilig | $ 53.86 | $ 4.04 | $ 57.90 |
| Richard C. Highfill | $ 482.20 | $ 35.91 | $ 518.11 |
| Jerry W. Middleton | $ 1,171.90 | $ 86.62 | $1,258.52 |
| Allen L. Mills | $ 375.04 | $ 28.48 | $ 403.52 |
| Daniel A. Renaud | $ 183.87 | $ 14.07 | $ 197.94 |
| Kevin R. Renaud | $ 375.05 | $ 28.48 | $ 403.53 |
| Valerie Waters | $ 105.08 | $ 7.75 | $ 112.83 |
| **Total** | **$12,357.48** | **$ 926.45** | **$13,283.93** |

Additionally, post judgment interest shall accrue at the rate set for federal civil judgments, pursuant to 28 U.S.C. § 1961, and will be due and payable to the participants.

Evidence of the payment will be forwarded to:

> Regional Director
> Kansas City EBSA Regional Office
> Two Pershing Square
> 2300 Main Street, Suite 1100
> Kansas City, MO 64108

4.  Defendants John Tilford Galloway, Jr. and Renaud Excavating, Inc. are jointly and severally liable for the dollar amounts set forth herein to participants of the Renaud Excavating, Inc. Health Plan.

5.  Defendant John Tilford Galloway, Jr. is hereby permanently enjoined and restrained from serving as a fiduciary for any plan covered by ERISA.

6.  Each party shall bear his or its own costs, fees, and other expenses incurred by such party in connection with any stage of this proceeding.

Dated this  1st  day of   November  , 2010.

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock
                                                Senior United States District Judge