UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-01048-LTB

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR

        Plaintiff,

  v.

JOHN GALLOWAY, JR.,
and RENAUD EXCAVATING, INC.,

        Defendant,

  and

OLYMPIC WELL & PUMP,
    AKA GEO WATER

        Garnishee.

---

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Olympic Well & Pump shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:** Checks shall be made payable to U.S. Department of Justice and mailed to:

    U.S. Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, # 700
    Denver, CO 80202

Please include the following in formation on each check:

    Name of defendant:    John Galloway, Jr.

    CDCS:    2012A49303 .

BY THE COURT:

Dated: April 26, 2013    s/Lewis T. Babcock
    UNITED STATES DISTRICT JUDGE