**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No.  10-cv-01048-LTB

HILDA L. SOLIS, Secretary of Labor, and
UNITED STATES DEPARTMENT OF LABOR,

      Plaintiffs,

v.

JOHN TILFORD GALLOWAY, JR.., and
RENAUD EXCAVATING, INC.,

      Defendants,

and

C.R. ENGLAND,

      Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee C.R. England shall, each pay period, pay 25% of Defendant's disposable wages to the United States Department of Labor and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

        US Attorney's Office
        Attn: Financial Litigation Unit
        1225 17th Street, Suite 700
        Denver, CO 80202

Please include the following information on each check:

        Name of Defendant:        John Galloway, Jr.

        Court Number:        10-cv-01048

        CDCS Number:        2012A49303

BY THE COURT:

Dated:  June 26, 2015          s/Lewis T. Babcock
        LEWIS T. BABCOCK
        UNITED STATES DISTRICT JUDGE