N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01048-LTB

HILDA L. SOLIS, SECRETARY OF LABOR, and
UNITED STATES DEPARTMENT OF LABOR,

       Plaintiff,

  v.

JOHN TILFORD GALLOWAY, JR., and
RENAUD EXCAVATING, INC.,

       Defendants,

  and

C.R. ENGLAND,

       Garnishee.

_____

## ORDER
_____

THIS MATTER is before the Court on Plaintiff's Motion to Vacate Order and to Dismiss Garnishment (Doc 27), and the Court being fully advised in the premises, it is

ORDERED that the Motion is GRANTED and the Writ of Garnishment issued on April 14, 2015 (Doc 22) is DISMISSED.

IT IS FURTHER ORDERED that the Garnishment Order issued on June 26, 2015 (Doc 26) is VACATED.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: January 13, 2016